Kimberley Warmack
43882 w Wild horse Tray/
Maricapa, AZ 85138

FILED    LODGED
RECEIVED    COPY

SEP 0 8 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Kimberley Warmack,

          Plaintiff,

vs.

Michael Riveria, et al.,

          Defendants.

No. CV-20-02298-PHX-SPL

~~ORDER~~ Answer

The motion to dismiss should be denied because in contemplating and researching my case the defendant Michael Rivera is the person who acted upon my termination directly. Michael Rivera should remain named as defendant and dismissing complaint should not take place. Michael Rivera at the time of my employment held two key positions for the Alhambra School District. On March 26, 2015 with a School Board vote of 3-1 and he was appointed Interim Superintendent. He was the Interim Superintendent from March 2015 until July 2016, and he was the Assistant Superintendent of Human Resources July 2010 until Feb 2016 it is important point out that there are some discrepancies according to his LinkedIn Account as to his position with Alhambra. Was he Assistant Superintendent of Human Resources and was he Interim Superintendent.at the same time? His job responsibilities as Assistant Superintendent of Human

Resources included the following duties employee evaluations, disciplinary actions, employee benefits, workers compensation, for the purpose of conforming to district policies, relevant laws, contracts, and agreements. As part of Mr. Rivera responsibilities, he tended to collaborate with a wide variety of internal and external personnel (other administrators, employees, Board Members, auditors, public agencies, community members) for the purpose of implementing and/or maintaining Human Resource services and programs. • Directs department budget for the purpose of identifying issues, developing recommendations, supporting other staff, and serving as a District representative. Also, as Assistant Superintendent of Human Resources he investigates grievances and/or complaints from employee's harassment, pay and/or assignment disputes, etc. for the purpose of reaching resolutions that provide a healthy work environment. He monitors a variety of processes for the purpose of ensuring efficient processing of issues in compliance with legal and/or administrative requirements. • Asst. Superintendent HR oversees personnel administrative functions for department personnel such as hiring, terminating, evaluating, training, and supervising.

Furthermore, I call into question the handling of my contractual agreement with the Alhambra School District which Michael Rivera would have directly been a responsible party.  In contract law, the implied covenant of good faith and fair dealing is a general presumption that the parties to a contract will deal with each other honestly, fairly, and in good faith, so as to not destroy the right of the other party or parties to receive the benefits of the contract. Breach of contract cases between teachers and school districts arise because a school district has terminated the employment of a teacher, even though the teacher has not violated any of the terms of the

employment agreement. My case should also be look upon as a breach of contract and similar

Kohn v. Sch. Dist. of the City of Harrisburg breach of contract.

CONCLUSION

Defendant Michael Rivera should not be dismissed from this case because he was the individual

who was responsible in the dealing of my employment because he was the Human Resources

Director and the Interim Superintendent of Alhambra School District It was also Mr. Rivera who

I had the conversation regarding my disability.

*"to discharge any individual or otherwise to discriminate against any individual with respect to*

*the individual's terms, conditions or privileges of employment because of the individual's race,*

*color, religion, sex, age or national origin or on the basis of disability is discrimination*

RESPECTFULLY SUBITTED this 8th day of September 2021

Kimberley Warmack